Frank L. Bernstein (State Bar No. 189504)
SQUIRE PATTON BOGGS LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304-1216
Telephone: (650) 843-3337
Facsimile: (650) 843-8777
frank.bernstein@squirepb.com

William H. Mandir (*Pro Hac Vice*)
John F. Rabena (*Pro Hac Vice*)
Yoshinari Kishimoto (*Pro Hac Vice*)
Fadi Kiblawi (*Pro Hac Vice*)
SUGHRUE MION, PLLC
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
wmandir@sughrue.com
jrabena@sughrue.com
ykishimoto@sughrue.com
fkiblawi@sughrue.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHK SPRING CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>INTRI-PLEX TECHNOLOGIES, INC., INTRI-PLEX (THAILAND) LTD., MMI HOLDINGS LTD., MMI TECHNOLOGIES PTE. LTD., MMI PRECISION TECHNOLOGIES LTD., AND MMI INTERNATIONAL LTD.<br><br>Defendants. | Case No. 3:17-cv-04691-WHO<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: October 5, 2018      SQUIRE PATTON BOGGS LLP

By:    */s/ Frank Bernstein*
       Frank L Bernstein

Of Counsel:
William H. Mandir
John F. Rabena
Yoshinari Kishimoto
Fadi Kiblawi
SUGHRUE MION, PLLC
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
wmandir@sughrue.com
jrabena@sughrue.com
ykishimoto@sughrue.com
fkiblawi@sughrue.com
*Attorneys for Plaintiff NHK Spring Co., Ltd.*

DATED: October 5, 2018      SIMPSON THACHER & BARTLETT LLP

By:    */s/ Jeffrey Ostrow*

Jeffrey E. Ostrow (SBN 213118)
jostrow@stblaw.com
Michael H. Joshi (SBN 302184)
michael.joshi@stblaw.com
Simpson Thacher and Bartlett LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Noah M. Leibowitz
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
noah.leibowitz@dechert.com

*Attorneys for Defendants Intri-Plex Technologies, Inc., Intri-Plex (Thailand) Ltd., MMI Holdings Ltd., MMI Technologies Pte. Ltd., MMI Precision Technologies Ltd., and MMI International Ltd.*

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 5, 2018    SQUIRE PATTON BOGGS LLP

By: /s/ *Frank Bernstein*
Frank L Bernstein

Of Counsel:
William H. Mandir
John F. Rabena
Yoshinari Kishimoto
Fadi Kiblawi
SUGHRUE MION, PLLC
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
wmandir@sughrue.com
jrabena@sughrue.com
ykishimoto@sughrue.com
fkiblawi@sughrue.com

*Attorneys for Plaintiff NHK Spring Co., Ltd.*

# ORDER

Pursuant to foregoing stipulation, IT IS SO ORDERED that the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: October 10, 2018



Hon. William H. Orrick
United State District Judge